Evan S. Mortimer, ISB# 9758
LITSTER FROST INJURY LAWYERS
3501 W. Elder St., Suite 208
Boise, ID 83705
Phone: (208) 489-6400
Fax : (208) 489-6404
evan.mortimer@litsterfrost.com

Attorney for Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-01347-JDP |
| Colton, Justen James, and | ) | |
| Colton, Alexis Cori | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |
| | ) | |

---

**Notice of Application for Approval of Compensation of Attorney Fees and Costs and Opportunity to Object and for a Hearing**

<u>No Objection</u>. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty **[21]** days of the date of this notice. File the original objection with the Clerk, U. S. Bankruptcy Court, Federal Building, 6450 N. Mineral Dr., CDA ID 83815 and provide a copy to Ford Elsaesser, Trustee.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>. The objecting party shall also contact the Court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

The undersigned Attorney in support of this application for compensation represents to the Court as follows:

    1.    Applicant is the special counsel for the trustee for the above-entitled estate and

APPLICATION FOR ALLOWANCE OF ATTORNEY FEES - 1

makes this application for allowance of compensation for the professional services rendered and associated reasonable costs.

2. All services for which compensation is required were performed for and on behalf of the debtors and trustee as co-plaintiffs in a civil matter and not on behalf of any committee, creditor, or any other person.

3. Your Applicant performed the legal services as contracted for in a pre-petition personal injury claim concerning a pre-petition vehicle injury claim, on a contingency basis at the rate of 33-1/3% contracted in the "Attorney Representation Agreement". The injuries sustained by Mr. Colton and Mrs. Colton were pre-petition injuries and was scheduled in debtor's bankruptcy schedules.

4. Mr. Colton's gross settlement in this action is $7,133.94. The Applicant's fees owed to Applicant for Mr. Colton are $2,377.98 plus expenses in the amount of $476.78.

5. Mrs. Colton's gross settlement in this action is $7,629.00. The Applicant's fees owed to Applicant for Mrs. Colton are $2,543.00 plus expenses in the amount of $426.64.

6. The trustee has reviewed the Applicant's application for requested fees and expenses and has no objection.

WHEREFORE, Applicant prays that an allowance be made in the sum of $2,377.98 for fees and $476.78 for expenses, for a total $2,854.76 to be paid to the Applicant for debtor Justen Colton and the sum of $2,543.00 for fees and $426.64 for expenses, for a total $2,969.64 to be paid to the Applicant for debtor Alexis Colton. Attached to this application as Exhibit "A" is a complete itemization of the expenses expended in this matter for Mr. Colton. Attached to this application as Exhibit "B" is a complete itemization of the expenses expended in this matter for Mrs. Colton.

APPLICATION FOR ALLOWANCE OF ATTORNEY FEES - 2

The Trustee has reviewed the attorney's application for requested fees and expenses and has no objection.

The undersigned has requested that Ford Elsaesser, Chapter 7 Trustee, electronically file this document with the U. S. Bankruptcy Court. In making this request the undersigned acknowledges that he has signed the original document, is personally making the certification required under FRBP 9011(b), and is solely liable for any inaccuracies or misstatements contained in this document.

DATED this 23rd day of March 2021.

           LITSTER FROST INJURY LAWYERS

           By: /s/ Evan S. Mortimer
           Evan S. Mortimer
           Attorney for Trustee

## ACCOMMODATION FILING

This document is being filed by the Trustee as an accommodation to one of its professionals who is not registered to file electronically with the U. S. Bankruptcy Court for the District of Idaho. The signed original of this document will be maintained at the Trustee's office until this case is closed.

## Exhibit "A" – Expenses for Justen Colton
## (MVA)

| **Litster Frost Injury Lawyers Case Expenses:** | **Ch #** | **Amount Due:** |
|---|---|---|
| Pre-lit: Postage, copies, faxes | | $ 300.00 |
| Chartswap PBS West - RM | | $ 40.00 |
| Price Chiropractic Center; RM-Medical Records | | $ 40.00 |
| St. Luke's Health System; RM-Medical Records | | $ 66.78 |
| Primary Health Medical Group-Garden City; RM-Medical Records | | $ 30.00 |
| | **Total Case Expenses:** | ($ 476.78) |

## Exhibit "B" – Expenses for Alexis Colton
## (MVA)

| **Litster Frost Injury Lawyers Case Expenses:** | **Ch #** | **Amount Due:** |
|---|---|---|
| Pre-lit: Postage, copies, faxes | | $ 300.00 |
| Medical Records Request – Price Chiro | | $40.00 |
| Medical Records Request – St. Luke's Health System | | $46.64 |
| Medical Records Request – PBS West | | $40.00 |
| | **Total Case Expenses:** | **($ 426.64)** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2021, I electronically filed **Notice of Approval of Compensation of Attorney Fees and Costs and Opportunity to Object and for a Hearing** in the Colton bankruptcy case with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.

- **Brett R Cahoon**    ustp.region18.bs.ecf@usdoj.gov
- **J Ford Elsaesser**    feecf@eaidaho.com, ID15@ecfcbis.com
- **David Wayne Newman**    david.w.newman@usdoj.gov, ustp.region18.bs.ecf@usdoj.gov
- **James A Spinner**    spinjim@cableone.net
- **US Trustee**    ustp.region18.bs.ecf@usdoj.gov
- **Michael A Wilder**    michael@averylaw.net, averybklaw@gmail.com;boise@averylaw.net;lawar78055@notify.bestcase.com

I further certify that, on the same date, I have served the foregoing document to the following non-CM/ECF Registered Participant(s) in the manner indicated:

Via United States Postal Service, first class mail, postage prepaid:

Price Chiropractic Center
9508 Fairview Avenue
Boise, ID 83704

Bodyworks Health & Wellness
13900 W. Wainwright Dr. – Ste 103
Boise, ID 83713

SelectHealth
PO Box 30192
Salt Lake City, UT 84130-0192

See attached Mailing Matrix

/s/ Ford Elsaesser
Ford Elsaesser, CH7 Trustee

APPLICATION FOR APPROVAL OF COMPENSATION OF ATTORNEY - 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0976-1<br>Case 19-01347-JDP<br>District of Idaho<br>Boise<br>Thu May 13 14:59:07 MDT 2021 | Mountain America Credit Union<br>c/o Jim Spinner, Esq.<br>PO Box 6009<br>Pocatello, ID 83205-6009 | Boise<br>U.S. Bankruptcy Court, Suite 400<br>550 West Fort Street<br>Boise, ID 83724-0101 |
| Access Behavioral Health<br>1276 W River St #100<br>Boise, ID 83702-7083 | Action Collection Srvc<br>Attn: Bankruptcy<br>Po Box 5425<br>Boise, ID 83705-0425 | Bonneville Billing<br>PO Box 150621<br>Ogden, UT 84415-0621 |
| CDI<br>1451 N Hartman St<br>Boise, ID 83704-8849 | CDI Affiliated Services<br>PO Box 4068<br>Boise, ID 83711-4068 | Collection Bureau Inc.<br>P.O. Box 1219<br>Nampa, ID 83653-1219 |
| Collection Bureau Incorporated<br>Attn: Bankruptcy<br>719 1st St S<br>Nampa, ID 83651-3858 | Dr. Tamara Helfer<br>303 N Allumbaugh St<br>Boise, ID 83704-9208 | Eastern Idaho Regional Med<br>3100 Channing Way<br>Idaho Falls, ID 83404-7533 |
| Eastern Idaho Rmc<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Enterprise<br>9213 W Fairview Ave<br>Boise, ID 83704-8223 | Express Recovery Services, Inc.<br>Attn: Bankruptcy<br>Po Box 26415<br>Salt Lake City, UT 84126-0415 |
| Fms Inc<br>4915 S Union Ave<br>Tulsa, OK 74107-7839 | (p)IDAHO CENTRAL CREDIT UNION<br>PO BOX 2469<br>POCATELLO ID 83206-2469 | Idaho Joint and Spine<br>9510 W Fairview Ave<br>Boise, ID 83704-8103 |
| Intermountain Medical Imagin<br>927 W Myrtle St<br>Boise, ID 83702-7061 | Knight Adjustment Bureau<br>5525 S 900 E Ste 215<br>Salt Lake City, UT 84117-3500 | LES SCHWAB TIRE CENTERS OF BOISE, INC.<br>PO BOX 5350<br>BEND, OR 97708-5350 |
| Les Schwab Tire Cent<br>Attn: Bankruptcy<br>Po Box 5350<br>Bend, OR 97708-5350 | Madison Memorial Hospital<br>PO Box 700<br>Rexburg, ID 83440-0700 | Mark Bostick<br>413 N Allumbaigh St<br>#101<br>Boise, ID 83704-9219 |
| Medical Imaging Assoc<br>Bankruptcy Correspondence<br>PO Box 2671<br>Idaho Falls, ID 83403-2671 | Medical Recovery Servi<br>Attn: Bankruptcy Dept<br>430 Shoup Ave<br>Idaho Falls, ID 83402-4919 | Medicredit Inc.<br>Attn: Bankruptcy Department<br>Po Box 1629<br>Maryland Heights, MO 63043-0629 |
| Mountain America<br>PO Box 9001<br>West Jordan, UT 84084-9001 | Mountain America Cre<br>Attn: Bankruptcy<br>Po Box 9001<br>West Jordan, UT 84084-9001 | Mountain America Credit Union<br>PO Box 2331<br>Sandy, UT 84091-2331 |

Mountain View Hospital
2325 Coronado Street
Idaho Falls, ID 83404-7407

Outsource Receivables
P.O. Box 3069
Idaho Falls, ID 83403-3069

Outsource Receivables Management
Attn: Bankruptcy Dept
1349 Washington Blvd
Ogden, UT 84404-5744

Pearl Health Clinic
2705 E 17th Street
Idaho Falls, ID 83406-6601

Primary Health
10482 W. Carlton Bay Dr
Garden City, ID 83714-5143

Ridgevue High School
18800 Madison Rd
Nampa, ID 83687-8040

ST. ALPHONSUS R.M.C. - BOISE
SARMC / TRINITY HEALTH
P.O. BOX 190930
BOISE, ID 83719-0930

Sage Health Care
413 N Allumbaugh
Boise, ID 83704-9212

St Alphonsus
901 N. Curtis Road STE 204
Boise, ID 83706-1340

St Alphonsus
PO Box 31001-1955
Pasadena, CA 91110-0001

St Lukes
PO Box 2578
Boise, ID 83701-2578

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

(c)UPPER VALLEY FAMILY MEDICINE
711 RIGBY LAKE DR STE 1500
RIGBY ID 83442-5374

Victory EMS
1606 W Whispering Wind Dr
Phoenix, AZ 85085-1322

Victory EMS
655 N Five Mile Rd
Boise, ID 83713-8025

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

West Valley Medical Center
1717 Arlington Ave
Caldwell, ID 83605-4800

West Valley Medical Center
Resurgent Capital Services
PO Box 1927
Greenville, SC 29602-1927

Alexis Cori Colton
160 E Orchard Beach Rd
Grapeview, WA 98546-9435

Evan Mortimer
Lister Frost Injury Lawyers
3501 W Elder St
Suite 208
Boise, ID 83705-4986

Evan Mortimer
Litster Frost Injury Lawyers
3501 W. Elder St., Ste 208
Boise, ID 83705-4986

J Ford Elsaesser
PO Box 2220
Sandpoint, ID 83864-0909

Justen James Colton
697 Lomax St
Idaho Falls, ID 83401-2703

Michael A Wilder
Avery Law
3090 E. Gentry Way, STE 150
Meridian, ID 83642-3597

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Idaho Central Credit Union
Attn: Bankruptcy
Po Box 2469
Pocatello, ID 83206

T-Mobile
Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Upper Valley Family Medicine
711 Rigby Lake Drive #115
Rigby, ID 83442

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Mountain America Fcu

End of Label Matrix
Mailable recipients    55
Bypassed recipients     1
Total                  56